Aug. Term,
      1803.

### Rathbone v. Blackford.

THE service of a notice in this cause, was stated in the affidavit to have been on a person in the office of the attorney.

*Per Curiam.* It is not sufficient. There does not appear to be any relation between the party served and the attorney. The notice might have been given to a mere stranger. A connection ought, therefore, to have been stated, so that the court might be convinced of a privity between the party to whom the notice is delivered, and the attorney on whom it is meant to take effect.

### Parkman v. Sherman.

IN this cause the court determined, that when both notice and affidavit are wrong titled by reversing the parties and putting the defendant in the place of the plaintiff, the error is fatal ; and this case was distinguished from that of *Ryers* v. *Hillyer*,* because there, though the parties were reversed in the title of the notice, yet in that of the affidavit they were rightly named : so that, independent of the object of the notice in *that* suit, there was a proper title to rectify the mistake, but in this, where in every paper the action was, as if by the defendant against the plaintiff, there was not any thing by which the mistake could be cleared up, and the notice might, therefore, be in a cross-suit, where the parties actually were reversed.

* *Ante*, p. 185.